NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**DERALD W. GEDDES,**
*Defendant-Appellant*

**BLACK ROCK VENTURES, NATIONWIDE BANK, WEBER COUNTY, UTAH,**
*Defendants*

_____

2025-2044

_____

Appeal from the United States District Court for the District of Utah in No. 1:17-cv-00167-RJS, Judge Robert J. Shelby.

_____

**ON MOTION**

_____

Before LOURIE, PROST, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The United States moves to dismiss Derald W. Geddes's appeal. Mr. Geddes has not responded.

After the United States District Court for the District of Utah entered judgment against Mr. Geddes on federal tax-related claims, Mr. Geddes filed a notice of appeal directed to the United States Court of Appeals for the Tenth Circuit, docketed there as No. 25-4108 and still pending, and another notice directed to this court.[1] The United States moves to dismiss the appeal docketed here, arguing that the Tenth Circuit is the proper venue.

This court generally only has jurisdiction to review district court cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). The United States is correct that his case does not fall within that limited jurisdiction. We also agree that transfer to the Tenth Circuit is unnecessary because an appeal from the same judgment already is pending there.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

---

[1] The notice transmitted here is directed to this court, ECF No. 1-2 at 3, but in other places states that Mr. Geddes seeks to appeal to the United States Court of Federal Claims, ECF No. 1-2 at 1.

(2)  Each side shall bear its own costs.

FOR THE COURT



September 26, 2025
Date

Jarrett B. Perlow
Clerk of Court